1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

15

16

FREDERICK M DETWILER,

                Plaintiff,

     v.

PIERCE COUNTY SHERIFF'S
DEPARTMENT, JUDY SNOW, and PAT
CARNY,

                Defendant.

CASE NO. C14-5251 BHS-JRC

ORDER

17

18

19

20

21

22

23

       The District Court has referred this 42 U.S.C. § 1983 civil rights action to the

undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B), Fed. R. Civ. P.

72, and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

       After defendants' counsel entered a notice of appearance reserving objections regarding

service of process and in personam jurisdiction the Court entered an order directing the United

States Marshal's service to personally serve defendants (Dkt. 13 and 14).  Within hours, the

Clerk's Office docketed two defendants' waiver of service (Dkt. 16 and 17).  The Clerk's Office

ORDER - 1

received and docketed the third defendants' waiver of service on May 19, 2014.  Accordingly,

the Court withdraws the order directing the United States Marshal's Office to personally serve

defendants.

Dated this 21st day of May, 2014.


J. Richard Creatura
United States Magistrate Judge

ORDER - 2