UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FREDERICK M. DETWILER,<br><br>    Plaintiff,<br><br>v.<br><br>PIERCE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | CASE NO. C14-5251BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 42. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) This action is **DISMISSED** without prejudice based on Plaintiff's failure to keep the Court apprized of a current address as required by Local Civil Rule 41(b)(2).

Dated this 25th day February, 2015.

            _____
            BENJAMIN H. SETTLE
            United States District Judge

ORDER